**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 554**

In the Matter of                                    Case Number:

Andrews, et al., v. City of Chicago, et al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Doris Andrews, as guardian of Damasco Rodriguez, disabled

**JUDGE GUZMAN**
**MAGISTRATE JUDGE KEYS**

| | |
|---|---|
| NAME (Type or print)  Louis J. Meyer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Louis J. Meyer | |
| FIRM  Law Offices of Lawrence V. Jackowiak | |
| STREET ADDRESS  20 North Clark Street, Suite 1700 | |
| CITY/STATE/ZIP  Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6290221 | TELEPHONE NUMBER  312-795-9595 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO **X** | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO **X** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES **X**   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES **X**   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

**FILED**
**JANUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT