## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

Andrews v. City of Chicago et al.,                    Case Number:    **08 C 554**

Judge Guzman

Magistrate Judge Keys


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago

| | |
|---|---|
| **NAME** (Type or print)<br>Diane S. Cohen | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>/s/ Diane S. Cohen | |
| **FIRM**   City of Chicago Department of Law | |
| **STREET ADDRESS**<br>30 N. LaSalle, 10th Fl. | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6199493 | **TELEPHONE NUMBER**<br>312-744-2836 |
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?**      YES X    NO | |
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?**      YES      NO X | |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?**      YES X NO | |
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?**   YES  X  NO | |
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.**<br><br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |