# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **DORIS ANDREWS, as guardian of DAMASCO RODRIGUEZ, disabled,** | ) ) | |
| **Plaintiff,** | ) ) | 08 C 554 |
| | ) | |
| v. | ) ) | Judge Guzman |
| | ) | |
| **CITY OF CHICAGO and Unknown Chicago Police Officers John Does One and Two,** | ) ) ) ) ) | Magistrate Judge Keys |
| **Defendants.** | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on Tuesday, March 18, 2008 at 9:30 a.m., I shall appear before Judge Ronald A. Guzman in Room 1219 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **DEFENDANT CITY OF CHICAGO'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT,** a copy of which is hereby served upon you.

Dated: March 12, 2008

                                                         MARA S. GEORGES
                                                         CORPORATION COUNSEL
                                                         CITY OF CHICAGO

                                      BY:   **/s/ Marcela D. Sánchez**
                                                        MARCELA D. SÁNCHEZ
                                                         Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-9332

## CERTIFICATE OF SERVICE

      Marcela D. Sánchez, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **Notice of Motion** and **DEFENDANT CITY OF CHICAGO'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT,** to be served electronically upon all represented parties via the CM/ECF system this 12th day of March, 2008.

                                                                 **/s/ Marcela D. Sánchez**