UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DORIS ANDREWS, as guardian of | ) | |
| DAMASCO RODRIGUEZ, disabled, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 554 |
| | ) | |
| vs. | ) | Judge Guzman |
| | ) | Magistrate Judge Keys |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## INITIAL STATUS REPORT

1. **The Nature of the Case**

    Section 1983 action against unknown Defendant Chicago Police Officers alleging unreasonable seizure, excessive force, failure to intervene, and an indemnification claim against Defendant City of Chicago.

2. **Major Legal and Factual Issues in the Case**

    The major factual and legal issues involve the alleged unreasonable seizure, use of excessive force and failure to intervene.

3. **Federal Rule of Civil Procedure 26(f) meeting**

    Pursuant to Fed.R.Civ.P. 26(f), attorney for Plaintiff, Louis J. Meyer, spoke with the Marcela Sanchez, counsel for Defendant City of Chicago, regarding the status of the case.

4. **Relief Sought by Plaintiff**

    Plaintiff seeks money damages.

5. **Pre-Discovery Disclosures**

    The parties agree to exchange 26(a)(1) Disclosures by April 14, 2008, providing the unknown officers have been identified.

**6.   Discovery Plan**

Counsel for the City is searching for documents that could allow Plaintiff to identify the currently unknown Defendant Chicago Police Officers and thus amend the Complaint. Counsel for the City will tender appropriate documents to Plaintiff's counsel upon receipt, subject to protective order, if necessary. Therefore, the parties propose to submit a discovery plan once the Defendant Officers are identified and named, so that counsel for Defendant Officers may participate in the formulation of a discovery plan. In the event that the Defendant Officers are not identified and named within the next 45 days (on or before May 5, 2008), the parties propose to formulate a discovery plan in the absence of the Defendant Officers.

**7.   Trial Status**

Due to the issues described in the preceding section, the parties do not believe a trial schedule can be set at this time.

**8.   Other Items.**

The parties do not unanimously consent to proceed before a Magistrate Judge.

The parties request a pretrial conference in 4 months.

The parties have not discussed settlement at this time.


Respectfully submitted,


Dated: 03/21/2008                                                                 Dated: 03/21/2008

/s/ Louis J. Meyer                                                                 /s/ Marcela Sanchez
Louis J. Meyer                                                                     Marcela Sanchez
Law Offices of Lawrence V. Jackowiak                       Assistant Corporation Counsel
20 North Clark Street, Suite 1700                                 30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602                                                    Chicago, Illinois 60602
(312) 795-9595                                                                 (312) 742-9332
*Counsel for the Plaintiff*                                               *Attorney for the Defendant City of Chicago*