UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DORIS ANDREWS, as guardian of<br>DAMASCO RODRIGUEZ, disabled, | ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 554 |
| vs. | ) ) | Judge Guzman |
| CITY OF CHICAGO, and<br>Unknown Chicago Police Officers<br>John Does One and Two, | ) ) ) ) | Magistrate Judge Keys<br><br>Jury Demand |
| Defendants. | ) ) | |

**NOTICE OF FILING**

**TO**:  Lawrence V. Jackowiak, Daniel P. Kiss
Louis Joseph Meyer
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602

    **PLEASE TAKE NOTICE** that on April 11, 2008, I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT,** a copy of which is served upon you.

                              Respectfully submitted,


                              MARA S. GEORGES
                              Corporation Counsel, City of Chicago


                    BY:    /s/ Marcela D. Sánchez
30 N. LaSalle Street, Suite 1020          MARCELA D. SÁNCHEZ
Chicago, IL 60602                Assistant Corporation Counsel

## CERTIFICATE OF SERVICE

Marcela D. Sánchez, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **Notice of Filing** and **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT,** to be served electronically upon all represented parties via the CM/ECF system this 11th day of April, 2008.

**/s/ Marcela D. Sánchez**