UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DORIS ANDREWS, as guardian of DAMASCO RODRIGUEZ, disabled, | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 554 |
| vs. | ) ) | Judge Guzman |
| | ) | Magistrate Judge Keys |
| CITY OF CHICAGO, et al., | ) ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

**TO:**  Diane Cohen, Marcela Sanchez
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that at 9:30 a.m. on Thursday, May 22, 2008, or as soon thereafter as counsel may be heard, I shall appear before Honorable Ronald A. Guzman, or any judge sitting in his stead, in courtroom 1219 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, and present the accompanying **Plaintiff's Agreed Motion for Leave to File *Instanter* the Attached First Amended Complaint**.

### CERTIFICATE OF SERVICE

I, Lawrence V. Jackowiak, certify that on Monday, May 19, 2008, this notice and the above-described motion were filed through the District Court's CM/ECF automated docketing system thereby causing service upon all counsel of record.

/s/ Lawrence V. Jackowiak
*Counsel for the Plaintiff*

Lawrence V. Jackowiak
Louis J. Meyer
Daniel P. Kiss
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois  60602
(312) 795-9595