UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case | 08 C 554 |
|---|---|---|
| Doris Andrews, as guardian of Damasco Rodriguez, disabled, et al., Plaintiff, vs. | | Judge Guzman |
| City of Chicago, and Chicago Police Officers Timothy Madison, Star 16079, and Jose Ochoa, Star # 13668, Defendants. | | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants City of Chicago and Defendant Police Officer Jose M. Ochoa.

| SIGNATURE /s/ *Mary S. McDonald* |
|---|
| FIRM City of Chicago, Department of Law |
| STREET ADDRESS 30 N. LaSalle Street - Suite 1400 |
| CITY/STATE/ZIP Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06199995 | TELEPHONE NUMBER 312.744.8307 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES **X**   NO ☐ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO **X** ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES **X**   NO ☐ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES **X**   NO ☐ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ ||