IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DORIS ANDREWS, as guardian of** | ) | |
| **DAMASCO RODRIGUEZ, disabled,** | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 554 |
| | ) | |
| vs. | ) | Judge Guzman |
| | ) | |
| **CITY OF CHICAGO, and** | ) | Magistrate Judge Keys |
| **Unknown Chicago Police Officers** | ) | |
| **John Does One and Two,** | ) | Jury Demand |
| | ) | |
| Defendants. | ) | |

### DEFENDANT CITY'S MOTION TO WITHDRAW APPEARANCES

Defendant City of Chicago, by its attorney Mara S. Georges, Corporation Counsel of the City of Chicago, moves to withdraw the appearances of counsels Diane Cohen and Marcela Sanchez Aguilar on behalf of the City of Chicago.

1. Currently, the undersigned, Diane Cohen, Senior Assistant Corporation Counsel, and Marcela Sanchez Aguilar, Assistant Corporation Counsel, have filed appearances in this matter on behalf of Defendant City of Chicago.

2. Cohen and Aguilar move to withdraw their appearances because this case has been reassigned within the City of Chicago Department of Law, to Mary McDonald, Assistant Corporation Counsel, who has filed an appearance on behalf of the City.

**WHEREFORE**, Defendant City respectfully requests that this Court grant its motion to withdraw the appearances of Diane Cohen and Marcela Sanchez Aguilar in this matter.

**DATED: JUNE 25, 2008**

                              Respectfully submitted,

                              MARA S. GEORGES
                              Corporation Counsel

By:   /s/ Diane S. Cohen
        Diane S. Cohen
        Senior Counsel
        Marcela Sanches Aguilar
        Assistant Corporation Counsel

30 N. La Salle, Ste. 1020
Chicago, Illinois 60602
(312) 744-2836

## **CERTIFICATE OF SERVICE**

I, Diane Cohen, an attorney, hereby certify that I served, pursuant to Local Rule 5.9 of the U.S. District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing, Defendant's Motion to Withdraw, on June 25, 2008, to:

Lawrence V. Jackowiak
Daniel P. Kiss
Louis Joseph Meyer
Law Offices of Lawrence V. Jackowiak
20 N. Clark St. Ste. 1700
Chicago, Illinois 60602

and

Mary McDonald
30 N. LaSalle, Ste. 1400
Chicago, IL 60602


By: /s/Diane Cohen
DIANE COHEN