UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DORIS ANDREWS, as guardian of <br> DAMASCO RODRIGUEZ, disabled, <br> <br> Plaintiff, <br> <br> vs. <br> <br> CITY OF CHICAGO, and <br> Unknown Chicago Police Officers <br> John Does One and Two, <br> <br> Defendants. | No. 08 C 554 <br> <br> Judge Guzman <br> <br> Magistrate Judge Keys <br> <br> Jury Demand |

## NOTICE OF MOTION

**TO**:   SEE CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on June 25, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S MOTION TO WITHDRAW APPEARANCES**.

**PLEASE TAKE FURTHER NOTICE** that on July 1, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ronald Guzman, or any person sitting in his stead, and present this motion.

**DATED: JUNE 25, 2008**

                                                 Respectfully submitted,

                                                 MARA S. GEORGES
                                                 Corporation Counsel, City of Chicago

                                        BY:   /s/Diane Cohen
                                                    Diane Cohen
                                                    Senior Counsel