UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | | |
|---|---|---|
| In the Matter of | Case | 08 C 554 |
| Doris Andrews, as guardian of Damasco Rodriguez, disabled, et al., Plaintiff, vs. | | Judge Guzman |
| City of Chicago, and Chicago Police Officers Timothy Madison, Star 16079, and Jose Ochoa, Star # 13668, Defendants. | | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Officer Timothy Madison.

| | |
|---|---|
| SIGNATURE /s/ *Mary S. McDonald* | |
| FIRM City of Chicago, Department of Law | |
| STREET ADDRESS 30 N. LaSalle Street - Suite 1400 | |
| CITY/STATE/ZIP Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06199995 | TELEPHONE NUMBER 312.744.8307 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X**   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X**   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X** NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |