UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DORIS ANDREWS, a guardian of DAMASCO RODRIGUEZ, disabled )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF CHICAGO, et al., )<br>)<br>Defendants. ) | No. 08 C 554<br><br>Judge Guzman<br><br>Magistrate Judge Keys<br><br>Jury Demand |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

TO:   Lawrence V. Jackowiak
      Louis J. Meyer
      Daniel P. Kiss
      Law Offices of Lawrence V. Jackowiak
      20 North Clark Street, Suite 1700
      Chicago, Illinois 60602

      **PLEASE TAKE NOTICE** that on this 14th day of July, 2008, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**, a copy of which is herewith served upon you.

      **I HEREBY CERTIFY** that I have served this notice and the attached document by causing it to be delivered by electronic means in compliance with Local Rule 5.9 to the person named above at the address shown this 14th day of July 2008.

      Respectfully submitted,

      MARA S. GEORGES
      Corporation Counsel
      for the City of Chicago

By:  *Mary S. McDonald*
      MARY McDONALD
      Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
Attorney No. 06199995
(312) 744-8307