# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Doris Andrews

                     Plaintiff,

v.                                   Case No.: 1:08–cv–00554
                                   Honorable Ronald A. Guzman

City of Chicago, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2008:

     MINUTE entry before the Honorable Ronald A. Guzman: Status hearing held on 7/28/2008. Fact discovery ordered closed by 10/27/2008. Settlement Conference set for 7/31/2008 at 02:00 PM. ** Judge Guzman's standing order regarding settlement conferences is posted on the Court's website: www.ilnd.uscourts.gov.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.