## UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DORIS ANDREWS, a guardian of<br>DAMASCO RODRIGUEZ, disabled | )<br>) | |
| Plaintiff, | )<br>) | No. 08 C 554 |
| vs. | )<br>) | Judge Guzman |
| CITY OF CHICAGO, and<br>Chicago Police Officers<br>TIMOTHY MADISON, Star 16079, and<br>JOSE OCHOA, Star 13668, | )<br>)<br>)<br>) | Magistrate Judge Keys<br><br>Jury Demand |
| Defendants. | ) | |

### NOTICE OF MOTION

**TO: Louis Meyer**
 **Law Offices of Lawrence V. Jackowiak**
 **20 N. Clark st #1700**
 **Chicago, IL 60602**
 **(312) 795-9595**

　　**PLEASE TAKE NOTICE** that on **Thursday, August 14, 2007 at 9:30 a.m.**, I will appear before Judge Ronald A. Guzman in Courtroom #1219, 219 S. Dearborn St, U.S. Chicago, IL. and then and there present Defendants' Motion for Leave to file the parties Agreed Protective Order, instanter, which has been filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto.

　　**Dated** at Chicago, Illinois, August 8, 2008.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*Mary S. McDonald*
　　　　　　　　　　　　　　　　　　　　　MARY McDONALD
　　　　　　　　　　　　　　　　　　　　　Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-8307
Atty. No. 06199995

## CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing **DEFENDANT'S MOTION FOR LEAVE TO FILE THE PARTIES AGREED PROTECTIVE ORDER, INSTANTER**, to be e-mailed via ECF to the persons named in the foregoing Notice at the addresses therein shown, on this 8th day of August, 2008.

<u>Mary S. McDonald</u>
MARY McDONALD
30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-8307
Atty. No. 06199995