## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 554 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Doris Andrews vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' motion to file agreed protective order [doc. no. 39] is denied without prejudice because the proposed order does not say that entire pleadings cannot be filed under seal. If confidential material is submitted as an exhibit to or incorporated in a pleading or brief filed with the Court, a copy of the pleading or brief with the confidential material redacted shall be filed with the Clerk of the Court, and the original pleading or brief without redaction shall be filed under seal. *See Union Oil Co. of Cal. v. Leavell*, 220 F.3d 562, 568 (7th Cir. 2000). Defendants may submit an amended proposed order within ten days of the date of this Order.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LC/LM |
|---|---|---|

08C554 Doris Andrews vs. City of Chicago, et al.Page 1 of 1